| Attorney or Party Name, Address, Telephone & FAX Nos.,State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Michael Y. Lo, Esq.<br>506 N. Garfield Ave. #280<br>Alhambra, CA 91801<br>626-289-8838 Fax: 626-576-2309<br>101702<br>Bklolaw@gmail.com | |
| ☐ Individual appearing without attorney<br>☐ Attorney for Debtor | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br>         **ATLANTIS SEAFOOD, LLC**<br><br><br><br>                                        Debtor(s) | CASE NO.: **2:17-bk-10452-SK**<br><br>CHAPTER: **7**<br><br>SUMMARY OF AMENDED SCHEDULES,<br>MASTER MAILING LIST,<br>AND/OR STATEMENTS<br>[LBR 1007-1(c)] |
|---|---|

A filing fee is required to amend Schedules D, or E/F (see Abbreviated Fee Schedule on the Court's website www.cacb.uscourts.gov). A supplemental master mailing list (do not repeat any creditors on the original) is also required as an attachment if creditors are being added to the Schedule D or E/F. Are one or more creditors being added? ☐ Yes ☐ No

The following schedules, master mailing list or statements (check all that apply) are being amended:

☑ Schedule A/B          ☐ Schedule C          ☑ Schedule D          ☑ Schedule E/F          ☑ Schedule G

☐ Schedule H          ☐ Schedule I          ☐ Schedule J          ☐ Schedule J-2          ☑ Statement of Financial Affairs

☐ Statement About Your Social Security Number(s)          ☐ Statement of Intentions          ☐ Master Mailing List

☐ Other (*specify*) _____

I/we declare under penalty of perjury under the laws of the United States that the amended schedules, master mailing list, and or statements are true and correct.

Date:    _7/25/17_ _____

_____
**FENG XIANG ZHAO**
Debtor 1 Signature

_____
Debtor 2 (Joint Debtor) Signature (if applicable)

**NOTE:** It is the responsibility of the Debtor, or the Debtor's attorney, to serve copies of all amendments on all creditors listed in this Summary of Amended Schedules, Master Mailing List, and/or Statements, and to complete and file the attached Proof of Service of Document.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2015*                    Page 1                    **F 1007-1.1.AMENDED.SUMMARY**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**506 N. Garfield Ave. #280**
**Alhambra, CA 91801**

A true and correct copy of the foregoing document entitled (*specify*): __**Summary of Amended Schedules, Master Mailing List, and or Statements**__ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) __**7/26/17**__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

page                                                      ☑ Service information continued on attached

**2. SERVED BY UNITED STATES MAIL**: On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

page                                                      ☐ Service information continued on attached

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

page                                                      ☐ Service information continued on attached

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| July 26, 2017 | Jonathan J. Lo | /s/ Jonathan J. Lo |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2015*                          Page 2                          **F 1007-1.1.AMENDED.SUMMARY**

Case type: bk Chapter: 7 Asset: No Vol: v Judge: Sandra R. Klein
Date filed: 01/13/2017 Date of last filing: 07/26/2017

# Parties

**ATLANTIS SEAFOOD, LLC**
10501 Valley Blvd. #1820
El Monte, CA 91731
Tax ID / EIN: 26-0583321
*Added: 01/13/2017*
*(Debtor)*

represented by

**Michael Y Lo**
Law Office of Michael Y Lo
506 N Garfield Ave #280
Alhambra, CA 91801
626-289-8838
bklolaw@gmail.com
*Assigned: 01/13/17*

**AZ Gems, Inc.**
*Added: 05/26/2017*
*(Creditor)*

represented by

**D Edward Hays**
Marshack Hays LLP
870 Roosevelt Ave
Irvine, CA 92620
949-333-7777
949-333-7778 (fax)
ehays@marshackhays.com
*Assigned: 05/26/17*

**Courtesy NEF**
*Added: 01/20/2017*
*(Interested Party)*

represented by

**Renata A Guidry**
Epport Richman & Robbins LLP
1875 Century Park E Ste 800
Los Angeles, CA 90067
310-785-0885
310-785-0787 (fax)
rguidry@erlaw.com
*Assigned: 02/08/17*

**Eric P Israel**
Danning, Gill, Diamond & Kollitz LLP
1900 Avenue of the Stars 11th Fl
Los Angeles, CA 90067
310-277-0077
310-277-5735 (fax)
eisrael@dgdk.com
*Assigned: 01/20/17*

**Zev Shechtman**
Danning, Gill, Diamond & Kollitz, LLP
1900 Avenue of the Stars 11th Fl
Los Angeles, CA 90067
310-277-0077
310-277-5735 (fax)
zshechtman@dgdk.com
*Assigned: 01/20/17*

**Howard M Ehrenberg (TR)**
SulmeyerKupetz
333 South Hope Street, 35th Floor

333 South Hope Street, 35th Fl
Los Angeles, CA 90071
(213) 626-2311
ehrenbergtrustee@sulmeyerlaw.com
*Added: 01/13/2017*
*(Trustee)*

**Kingsmart**
*Added: 05/12/2017*
*(Interested Party)*

represented by

**Michael H Weiss**
Weiss & Spees
1925 Century Park E Ste 650
Los Angeles, CA 90064
424-245-3100
424-245-3101 (fax)
mw@weissandspees.com
*Assigned: 05/12/17*

**Ning Li**
*Added: 06/30/2017*
*(Interested Party)*

represented by

**Michael H Weiss**
Weiss & Spees
1925 Century Park E Ste 650
Los Angeles, CA 90064
424-245-3100
424-245-3101 (fax)
mw@weissandspees.com
*Assigned: 06/30/17*

**Jason M Rund (TR)**
Sheridan & Rund
840 Apollo Street, Suite 351
El Segundo, CA 90245
(310) 640-1200
trustee@srlawyers.com
*Added: 02/28/2017*
*(Trustee)*

represented by

**David J Richardson**
Sulmeyer Kupetz
333 So Hope St 35th Fl
Los Angeles, CA 90071
213-617-5222
213-629-4520 (fax)
drichardson@sulmeyerlaw.com
*Assigned: 04/17/17*

**Victor A Sahn**
333 S Hope St 35th Fl
Los Angeles, CA 90071-1406
213-626-2311
213-629-4520 (fax)
vsahn@sulmeyerlaw.com
*Assigned: 04/17/17*

**Sulmeyer Kupetz**
333 South Hope St 35th Fl
Los Angeles, CA 90071-1406
213-626-2311
*Assigned: 06/01/17*
*LEAD ATTORNEY*

**Jessica Vogel**
SulmeyerKupetz
333 S Hope St 35th Flr
Los Angeles, CA 90071
213-626-2311
213-629-4520 (fax)
Jvogel@sulmeyerlaw.com
*Assigned: 05/31/17*

Fill in this information to identify the case:

Debtor name  **ATLANTIS SEAFOOD, LLC**

United States Bankruptcy Court for the:  CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)  **2:17-bk-10452-SK**

☑ Check if this is an amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property
12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:      Cash and cash equivalents**

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.
**All cash or cash equivalents owned or controlled by the debtor**

Current value of debtor's interest

3.    Checking, savings, money market, or financial brokerage accounts *(Identify all)*
Name of institution (bank or brokerage firm)        Type of account        Last 4 digits of account number

|   | | | | |
|---|---|---|---|---|
| 3.1. | **East West Bank**<br>80-63007168 | Checking | 7168 | $91.20 |
| 3.2. | **Cathay Bank**<br>0011573899 | Checking | 3899 | $0.00 |

4.    Other cash equivalents *(Identify all)*

5.    Total of Part 1.
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$91.20

**Part 2:      Deposits and Prepayments**

**6. Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:      Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes Fill in the information below.

11.    **Accounts receivable**

Debtor   **ATLANTIS SEAFOOD, LLC**
         Name
                                                    Case number *(if known)* **2:17-bk-10452-SK**

| 11b. Over 90 days old: | 3,000,000.00 | - | 3,000,000.00 | =.... | $0.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | 0.00 | - | 0.00 | =.... | $0.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

**12.    Total of Part 3.**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

| $0.00 |
|---|

**Part 4:     Investments**

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:     Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:     Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:     Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.
☐ Yes Fill in the information below.

**Part 8:     Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.
☐ Yes Fill in the information below.

**Part 9:     Real property**

**54. Does the debtor own or lease any real property?**

☑ No. Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:     Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:     All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

Debtor      **ATLANTIS SEAFOOD, LLC**                                      Case number *(If known)* **2:17-bk-10452-SK**
_____Name_____

☑ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor   **ATLANTIS SEAFOOD, LLC**                                    Case number *(If known)* **2:17-bk-10452-SK**
         ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
         Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. Cash, cash equivalents, and financial assets. *Copy line 5, Part 1* | $91.20 | |
| 81. Deposits and prepayments. *Copy line 9, Part 2.* | $0.00 | |
| 82. Accounts receivable. *Copy line 12, Part 3.* | $0.00 | |
| 83. Investments. *Copy line 17, Part 4.* | $0.00 | |
| 84. Inventory. *Copy line 23, Part 5.* | $0.00 | |
| 85. Farming and fishing-related assets. *Copy line 33, Part 6.* | $0.00 | |
| 86. Office furniture, fixtures, and equipment; and collectibles. *Copy line 43, Part 7.* | $0.00 | |
| 87. Machinery, equipment, and vehicles. *Copy line 51, Part 8.* | $0.00 | |
| 88. Real property. *Copy line 56, Part 9*..................................................................> | | $0.00 |
| 89. Intangibles and intellectual property. *Copy line 66, Part 10.* | $0.00 | |
| 90. All other assets. *Copy line 78, Part 11.* | + $0.00 | |
| 91. Total. Add lines 80 through 90 for each column | $91.20 | + 91b. $0.00 |
| 92. Total of all property on Schedule A/B. Add lines 91a+91b=92 | | $91.20 |

Fill in this information to identify the case:

Debtor name **ATLANTIS SEAFOOD, LLC**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    **2:17-bk-10452-SK**

☑ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1   Amazing Seafood Inc**<br>Creditor's Name<br>C/O John D. Guerrini, Esq.<br>Guerrini Law Firm<br>106 S Mentor Ave #150,<br>Pasadena, CA 91106<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**Judgment Lien Case Number:  KC067997<br>Amazing Seafood Inc VS ATLANTIS SEAFOOD, LLC** | **$122,165.13** | **$0.00** |
| | Describe the lien<br>**17. UCC Financing Statement:<br>20167525668107**<br>Is the creditor an insider or related party? | | |
| Creditor's email address, if known | ☑ No<br>☐ Yes<br>Is anyone else liable on this claim? | | |
| Date debt was incurred<br>**Judgment lien entered<br>5/13/2016**<br>Last 4 digits of account number<br>**7997** | ☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| Do multiple creditors have an interest in the same property?<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **2.2   American Royal Food Inc.**<br>Creditor's Name<br>C/O John D. Guerrini, Esq.<br>Guerrini Law Firm<br>106 S Mentor Ave #150,<br>Pasadena, CA 91106<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**Judgment Lien Case Number:  KC067172<br>American Royal Food Inc. VS ATLANTIS SEAFOOD, LLC** | **$370,881.48** | **$0.00** |
| | Describe the lien<br>**15. UCC Financing Statement:<br>20167509202385**<br>Is the creditor an insider or related party? | | |
| Creditor's email address, if known | ☑ No<br>☐ Yes<br>Is anyone else liable on this claim? | | |
| Date debt was incurred<br>**Judgment lien entered<br>2/9/2016**<br>Last 4 digits of account number<br>**7172** | ☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **ATLANTIS SEAFOOD, LLC**
       Name
Case number (if known)    **2:17-bk-10452-SK**

---

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **De Lage Landen Financial Services** | | |
|---|---|---|---|

Creditor's Name
**1111 Old Eagle School Road**
**Wayne, PA 19087**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**10/15/2014**
**Last 4 digits of account number**
**3836**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**All equipment leased or financed. Contract # 100-10058027**

**Describe the lien**
**9. UCC Financing Statement: 20147432593836**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown      $0.00

---

| 2.4 | **De Lage Landen Financial Services** | | |
|---|---|---|---|

Creditor's Name
**1111 Old Eagle School Road**
**Wayne, PA 19087**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**11/11/2014**
**Last 4 digits of account number**
**2686**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**All equipment leased or financed. Contract # 100-10057742**

**Describe the lien**
**10. UCC Financing Statement: 20147436122686**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown      $0.00

---

| 2.5 | **Export Development Canada** | | |
|---|---|---|---|

Creditor's Name
**C/O Scott Blakeley**
**Blakeley LLP**
**18500 Von Karman Ave., 5th Fl.**
**Irvine, CA 92612**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Judgment Lien Case Number:  NS031054**
**Export Development Canada VS ATLANTIS SEAFOOD, LLC**

**Describe the lien**

$118,090.95      $0.00

---

Official Form 206D      Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**      page 2 of 7

Debtor    **ATLANTIS SEAFOOD, LLC**   Case number (if known)    **2:17-bk-10452-SK**
<br> Name

<br>

        **16. UCC Financing Statement:**
<br>        <u>20167514965317</u>
<br>        **Is the creditor an insider or related party?**

Creditor's email address, if known  ☑ No
<br>        ☐ Yes
<br>        **Is anyone else liable on this claim?**

**Date debt was incurred**
<br>**Judgment lien entered**  ☑ No
<br>**3/17/2016**       ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
<br>**Last 4 digits of account number**
<br>**1054**
<br>**Do multiple creditors have an**  **As of the petition filing date, the claim is:**
<br>**interest in the same property?**  Check all that apply
<br>☑ No        ☐ Contingent
<br>☐ Yes. Specify each creditor,  ☐ Unliquidated
<br>including this creditor and its relative ☐ Disputed
<br>priority.

---

**2.6** | **Gemcap Lending I, LLC**  Describe debtor's property that is subject to a lien  **$0.00**  **$0.00**
<br>  Creditor's Name    **All present and future assets of Debtor.**
<br>  **24955 Pacific Coast Hwy**
<br>  **Suite A202**
<br>  **Malibu, CA 90265**
<br>  Creditor's mailing address  Describe the lien
<br>        **7. UCC Financing Statement: <u>20147407610323</u>**
<br>        **Is the creditor an insider or related party?**

Creditor's email address, if known  ☑ No
<br>        ☐ Yes
<br>        **Is anyone else liable on this claim?**

**Date debt was incurred**
<br>**4/14/2014**      ☑ No
<br>**Last 4 digits of account number** ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
<br>**0323**
<br>**Do multiple creditors have an**  **As of the petition filing date, the claim is:**
<br>**interest in the same property?**  Check all that apply
<br>☑ No        ☐ Contingent
<br>☐ Yes. Specify each creditor,  ☐ Unliquidated
<br>including this creditor and its relative ☐ Disputed
<br>priority.

---

**2.7** | **Harvest King Trading**
<br>  **Limited**    Describe debtor's property that is subject to a lien  **$0.00**  **$0.00**
<br>  Creditor's Name    **Vendor**
<br>  **C/O Kumagai Law Group**
<br>  **1901 Ave. of the Stars**
<br>  **#1900**
<br>  **Los Angeles, CA 90067**
<br>  Creditor's mailing address  Describe the lien
<br>        **7. UCC Financing Statement: <u>20147407610323</u>**
<br>        **Is the creditor an insider or related party?**

Creditor's email address, if known  ☑ No
<br>        ☐ Yes
<br>        **Is anyone else liable on this claim?**

**Date debt was incurred**
<br>**4/14/2014**      ☑ No
<br>**Last 4 digits of account number** ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
<br>**0009**
<br>**Do multiple creditors have an**  **As of the petition filing date, the claim is:**
<br>**interest in the same property?**  Check all that apply
<br>☑ No        ☐ Contingent
<br>☐ Yes. Specify each creditor,  ☐ Unliquidated
<br>including this creditor and its relative ☐ Disputed
<br>priority.

---

Official Form 206D  **Additional Page of Schedule D: Creditors Who Have Claims Secured by Property**  

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com         Best Case Bankruptcy

| Debtor | **ATLANTIS SEAFOOD, LLC** | | Case number (if known) | **2:17-bk-10452-SK** |
|---|---|---|---|---|
| | Name | | | |

---

| | | | | |
|---|---|---|---|---|
| 2.8 | **KINGSMART TRADING LIMITED** | Describe debtor's property that is subject to a lien | $1,700,000.00 | $0.00 |
| | Creditor's Name | **Purchase Money Security** | | |

**1301 Sunkist #101**
**Anaheim, CA 92806**
Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?
- [ ] No
- [x] Yes

Creditor's email address, if known

Is anyone else liable on this claim?
- [x] No
- [ ] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**4/14/2014**
Last 4 digits of account number
**9665**

Do multiple creditors have an interest in the same property?
- [x] No
- [ ] Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

---

| | | | | |
|---|---|---|---|---|
| 2.9 | **LSQ Funding** | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |
| | Creditor's Name | **All present and future assets of debtor.** | | |

**2600 Lucien Way, Suite 100**
**Maitland, FL 32751**
Creditor's mailing address

Describe the lien
**UCC-1 Lien No. 20147406777669**

Is the creditor an insider or related party?
- [x] No
- [ ] Yes

Creditor's email address, if known

Is anyone else liable on this claim?
- [x] No
- [ ] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**2014**
Last 4 digits of account number
**7669**

Do multiple creditors have an interest in the same property?
- [x] No
- [ ] Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

---

| | | | | |
|---|---|---|---|---|
| 2.1 0 | **NMHG FINANCIAL SERVICES INC.** | Describe debtor's property that is subject to a lien | $198,004.37 | $0.00 |
| | Creditor's Name | **Judgment Lien Case Number: KC067392** | | |

**C/O MC KENDRICK**
**ROBERT V. ESQ**
**15910 Ventura Boulevard, 12th Fl**
**Encino, CA 91436**
Creditor's mailing address

**NMHG FINANCIAL SERVICES INC. VS ATLANTIS SEAFOOD LLC.**

Describe the lien
**UCC: 20137346192218 & Judgment Lien**

Is the creditor an insider or related party?
- [x] No
- [ ] Yes

Creditor's email address, if known

Is anyone else liable on this claim?
- [x] No
- [ ] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**Judgment lien entered**
**11/16/2015**
Last 4 digits of account number

---

Debtor  **ATLANTIS SEAFOOD, LLC**                              Case number (if known)  **2:17-bk-10452-SK**
_____Name_____

7392

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ☑ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1 1 | **Pape Material Royal Food Inc.** | | | |
|---|---|---|---|---|
| | Creditor's Name | Describe debtor's property that is subject to a lien | **Unknown** | **$0.00** |
| | | **All present and future assets of Debtor.** | | |
| | **2430 Grand Ave. Sacramento, CA 95838** | | | |
| | Creditor's mailing address | Describe the lien | | |
| | | **14. UCC Financing Statement: 20167504903984** | | |
| | | Is the creditor an insider or related party? | | |
| | | ☑ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | Is anyone else liable on this claim? | | |
| | **Date debt was incurred** | ☑ No | | |
| | **1/18/2016** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **3984** | | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply | | |
| | ☑ No | ☑ Contingent | | |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

---

| 2.1 2 | **Robert Reiser & Co., Inc.** | | | |
|---|---|---|---|---|
| | Creditor's Name | Describe debtor's property that is subject to a lien | **$200,000.00** | **$0.00** |
| | | **One Vemag Model 500 Continuous Stuffer** | | |
| | **725 Dedham Street Canton, MA 02021** | | | |
| | Creditor's mailing address | Describe the lien | | |
| | | **4. UCC Financing Statement: 20137368144673** | | |
| | | Is the creditor an insider or related party? | | |
| | | ☑ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | Is anyone else liable on this claim? | | |
| | **Date debt was incurred** | ☑ No | | |
| | **7/5/2013** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **4673** | | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply | | |
| | ☑ No | ☐ Contingent | | |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

---

| 2.1 3 | **RYDER TRUCK RENTAL INC. Dba** | | | |
|---|---|---|---|---|
| | Creditor's Name | Describe debtor's property that is subject to a lien | **$273,372.38** | **$0.00** |
| | **RYDER TRANSPORTATION SERVICES C/O Guerrini Law Firm 106 S Mentor Ave #150, Pasadena, CA 91106** | **Judgment Lien Case Number:  KC067142 RYDER TRUCK RENTAL INC. VS ATLANTIS SEAFOOD, LLC** | | |

---

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 5 of 7

Debtor   **ATLANTIS SEAFOOD, LLC**
_____   Case number (if know)   **2:17-bk-10452-SK**
Name

| Creditor's mailing address | Describe the lien |
|---|---|

**Judgment Lien: 20157499576083**
**Is the creditor an insider or related party?**

| Creditor's email address, if known | ☑ No |
|---|---|
| | ☐ Yes |

**Date debt was incurred**   **Is anyone else liable on this claim?**
**Judgment lien entered**   ☑ No
**12/7/2015**   ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**
**7142**

**Do multiple creditors have an**   **As of the petition filing date, the claim is:**
**interest in the same property?**   Check all that apply
☑ No   ☐ Contingent
☐ Yes. Specify each creditor,   ☐ Unliquidated
including this creditor and its relative   ☐ Disputed
priority.

---

| 2.1<br>4 | **State Fish Company** | Describe debtor's property that is subject to a lien | $4,000,000.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**2194 Signal Place**
**San Pedro, CA 90731**

**All personal property, trademarks, trade names and logs of Debtor.**

Creditor's mailing address

**Describe the lien**

**2. UCC Financing Statement: 20137344532436**
**Is the creditor an insider or related party?**

Creditor's email address, if known   ☑ No
                                      ☐ Yes
**Is anyone else liable on this claim?**

**Date debt was incurred**   ☑ No
**4/17/2014**   ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**
**2436**

**Do multiple creditors have an**   **As of the petition filing date, the claim is:**
**interest in the same property?**   Check all that apply
☑ No   ☐ Contingent
☐ Yes. Specify each creditor,   ☐ Unliquidated
including this creditor and its relative   ☐ Disputed
priority.

---

| 2.1<br>5 | **Top Trade, LLC** | Describe debtor's property that is subject to a lien | $197,385.20 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**C/O David Prince, Esq.**
**1912 East Vernon Ave #100**
**Los Angeles, CA 90058**

**Judgment Lien Case Number:  BC545885**
**Amazing Seafood Inc VS ATLANTIS SEAFOOD, LLC**

Creditor's mailing address

**Describe the lien**

**11. UCC Financing Statement:**
**20157466723849/Judgment Lien**
**Is the creditor an insider or related party?**

Creditor's email address, if known   ☑ No
                                      ☐ Yes
**Is anyone else liable on this claim?**

**Date debt was incurred**   ☑ No
**Judgment lien entered**   ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**5/22/2015**
**Last 4 digits of account number**
**5885**

**Do multiple creditors have an**   **As of the petition filing date, the claim is:**
**interest in the same property?**   Check all that apply

---

| Debtor | **ATLANTIS SEAFOOD, LLC** | | Case number *(if know)* | **2:17-bk-10452-SK** |
| | Name | | | |

- [x] No
- [ ] Yes. Specify each creditor, including this creditor and its relative priority.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.

**$7,179,899.51**

**Part 2:  List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **NMHG Financial Services, Inc.**<br>PO Box 652385<br>Pittsburgh, PA 15264-2385 | Line **2.10** | 7392 |
| **NMHG Financial Services, Inc.**<br>POB 35701<br>Billings, MT 59107 | Line **2.10** | 7392 |
| **Top Trade LLC**<br>1217 S Garfield Ave<br>Alhambra, CA 91801 | Line **2.15** | 5885 |

Official Form 206D         Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 7 of 7

Fill in this information to identify the case:

Debtor name    **ATLANTIS SEAFOOD, LLC**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    **2:17-bk-10452-SK**

☑ Check if this is an amended filing

Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ☑ Yes. Go to line 2.

2.  List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors
    with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Antonio Cabrera Galarza**<br>**C/O Labor Commissioner**<br>**320 W. 4th Street, #450**<br>**Los Angeles, CA 90013** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$50,000.00** | **$0.00** |
| | Date or dates debt was incurred<br>**2015** | Basis for the claim:<br>**Labor Commissioner debt** | | |
| | Last 4 digits of account number ____<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address<br>**Blanca Gomez**<br>**C/O Labor Commissioner**<br>**320 W. 4th Street, #450**<br>**Los Angeles, CA 90013** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
| | Date or dates debt was incurred<br>**11/2015** | Basis for the claim:<br>**Case # 06-114605 CP**<br>**Labor Commissioner Award** | | |
| | Last 4 digits of account number **05CP**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
    out and attach the Additional Page of Part 2.

Amount of claim

Debtor   **ATLANTIS SEAFOOD, LLC**
_____   Case number (if known)   **2:17-bk-10452-SK**
Name

---

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000,000.00 |
|---|---|---|---|

**AZ Gems, INC**
**405 Missouri Ct.**
**Redlands, CA 92373**

Date(s) debt was incurred **2015**

Last 4 digits of account
number **ATLANTIS SEAFOOD, LLC**

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Cathay Bank**
**PO Box 80426**
**City of Industry, CA 91716-8426**

Date(s) debt was incurred **2016**

Last 4 digits of account number **3899**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Cathay Bank Checking account overdraft 0011573899**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,434,412.88 |
|---|---|---|---|

**Euler Hermes North America Insuranc**
**C/O Hinshaw & Culbertson LLP**
**633 West 5th Street**
**Los Angeles, CA 90071-2043**

Date(s) debt was incurred **2015**

Last 4 digits of account number **FWJC**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Civil Judgment Case # 2:15-cv-5239 JFW-JC Euler Hermes North America Insurance Company vs. Atlantis Seafood, LLC**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,430,600.00 |
|---|---|---|---|

**Guardian Life Insurance**
**7 Hanover Square**
**New York, NY 10004**

Date(s) debt was incurred **2014**

Last 4 digits of account
number **ATLANTIS SEAFOOD, LLC**

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Unpaid rent**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,300,000.00 |
|---|---|---|---|

**Harvest King Trading Limited**
**C/O Kumagai Law Group**
**1901 Ave. of the Stars**
**#1900**
**Los Angeles, CA 90067**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,075.00 |
|---|---|---|---|

**JACK H. CALDWELL & SONS INC.**
**C/O K Kenneth Kotler Law Office**
**1901 Avenue of the Stars #1100,**
**Los Angeles, CA 90067**

Date(s) debt was incurred **07/02/2015**

Last 4 digits of account number **4601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Civil Judgment Case Number: 15G04601 (Small Claims) JACK H. CALDWELL & SONS INC. VS ATLANTIS SEAFOOD LLC**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $112,882.97 |
|---|---|---|---|

**Mitsui O.S.K. Lines, LTD.**
**C/O Clyde & Co law firm**
**101 2nd Street,**
**San Francisco, CA 94105**

Date(s) debt was incurred **2015**

Last 4 digits of account number **PJWx**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Civil Judgment Case Number: 15-cv-08686-CBM PJWx Mitsui O.S.K. Lines, LTD. vs. ATLANTIS SEAFOOD LLC. Vendor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **ATLANTIS SEAFOOD, LLC** | | Case number (if known) | **2:17-bk-10452-SK** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$18,510.81** |
|---|---|---|---|
| | **REAL TIME STAFFING LLC**<br>**C/O MATTHEWS LAW FIRM INC**<br>**6 Hutton Centre Drive, Suite 600**<br>**Santa Ana, CA 92707** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **06/15/2015** | Basis for the claim:  **Civil Judgment Case Number:  15K07208**<br>**REAL TIME STAFFING LLC VS ATLANTIS SEAFOOD LLC** | |
| | Last 4 digits of account number  **7208** | Is the claim subject to offset? ☑ No  ☐ Yes | |

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **U.S. Food and Drug Administration**<br>**Office of Criminal Investigations**<br>**Elizabeth Nguyen-Espinoza, Agent**<br>**7500 Standish Place**<br>**Derwood, MD 20855** | ☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | |
| | Date(s) debt was incurred  **2015** | Basis for the claim:  **Food and drug administration: search warrant** | |
| | Last 4 digits of account number  **167M** | Is the claim subject to offset? ☑ No  ☐ Yes | |

---

## Part 3:  List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Euler Hermes North America Insu. Co**<br>**800 Red Brook Boulevard**<br>**Owings Mills, MD 21117** | Line  **3.3**<br><br>☐ Not listed. Explain ____ | **FWJC** |
| 4.2 | **JACK H. CALDWELL & SONS INC.**<br>**4035 East 52nd St**<br>**Maywood, CA 90270** | Line  **3.6**<br><br>☐ Not listed. Explain ____ | **4601** |
| 4.3 | **Mitsui O.S.K. Lines, LTD.**<br>**C/O Clyde & Co law firm**<br>**101 2nd Street,**<br>**San Francisco, CA 94105** | Line  **3.7**<br><br>☐ Not listed. Explain ____ | **PJWx** |
| 4.4 | **REAL TIME STAFFING LLC**<br>**P.O. Box: 210 South Bumby Avenue, A**<br>**Orlando, FL 32803** | Line  **3.8**<br><br>☐ Not listed. Explain ____ | **7208** |

---

## Part 4:  Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 50,000.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 8,301,481.66 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 8,351,481.66 |

---

Fill in this information to identify the case:

Debtor name    **ATLANTIS SEAFOOD, LLC**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    **2:17-bk-10452-SK**

☑ Check if this is an
amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Office space lease ($1,100/mo.) 10501 Valley Blvd., Suite 1820 El Monte, CA 91731** |
| | State the term remaining | |
| | List the contract number of any government contract | **Blue Sea Valley Property 10501 Valley Blvd., Suite 1818 El Monte, CA 91731** |

---

**Fill in this information to identify the case:**

Debtor name **ATLANTIS SEAFOOD, LLC**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) **2:17-bk-10452-SK**

☑ Check if this is an amended filing

---

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
|---------|--------|

### 1. Gross revenue from business

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2017** to **Filing Date** | ☐ Operating a business<br>    **Gross income from**<br>☑ Other  **operating a business** | $0.00 |
| **For prior year:**<br>From **1/01/2016** to **12/31/2016** | ☐ Operating a business<br>    **Gross income from**<br>☑ Other  **operating a business** | $70,000,000.00 |
| **For year before that:**<br>From **1/01/2015** to **12/31/2015** | ☐ Operating a business<br>    **Gross income from**<br>☑ Other  **operating a business** | $80,973,107.00 |

### 2. Non-business revenue
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---------|----------------------------------------------------------|

### 3. Certain payments or transfers to creditors within 90 days before filing this case
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

### 4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount

Debtor  **ATLANTIS SEAFOOD, LLC**                         Case number *(if known)*  **2:17-bk-10452-SK**

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Rick Li**<br>1113 E. Grand Avenue, #A<br>Pomona, CA 91766<br>Previous CEO | $10,000 per<br>month | Unknown | Salary payments |
| 4.2. **Tom Jau**<br>10501 Valley Blvd. Suite 1820<br>El Monte, CA 91731<br>COO | $8,000 per<br>month | Unknown | Salary payment |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Harvest King Trading Limited**<br>C/O Kumagai Law Group<br>1901 Ave. of the Stars<br>#1900<br>Los Angeles, CA 90067 | Harvest King foreclosed on its UCC-1 lien. | September<br>2016 | Unknown |

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was<br>taken | Amount |
|---|---|---|---|

**Part 3:   Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and<br>address | Status of case |
|---|---|---|---|
| 7.1. **NMHG FINANCIAL SERVICES INC. VS ATLANTIS SEAFOOD LLC.**<br>KC067392 | Other Promissory Note/Collections (General Jurisdiction) | Pomona Courthouse South<br>400 Civic Center Plaza<br>Pomona, CA 91766 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. **Blanca Gomez vs. Atlantis Seafood, LLC**<br>06-114605 CP | Award of The Labor Commissioner | Labor Commissioner, State of California<br>320 W. 4th Street<br>Los Angeles, CA 90013 | ☐ Pending<br>☐ On appeal<br>■ Concluded |

Debtor   **ATLANTIS SEAFOOD, LLC** _____   Case number (if known)  **2:17-bk-10452-SK**

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.3. | **REAL TIME STAFFING LLC VS ATLANTIS SEAFOOD LLC 15K07208** | **BREACH OF CONTRACT** | **Stanley Mosk Courthouse 111 North Hill Street Los Angeles, CA 90012** | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.4. | **RYDER TRUCK RENTAL INC. VS ATLANTIS SEAFOOD, LLC KC067142** | **Other Promissory Note/Collections (General Jurisdiction)** | **Pomona Courthouse South 400 Civic Center Plaza Pomona, CA 91766** | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.5. | **U.S. Food and Drug Administration vs. ATLANTIS SEAFOOD, LLC 15-0167M** | **Application for Search Warrant** | | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | **Antonio Cabrera Galarza vs. Atlantis Seafood, LLC** | **Award of The Labor Commissioner** | **Labor Commissioner, State of California C/O Labor Commissioner 320 W. 4th Street, #450 Los Angeles, CA 90013** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. | **JACK H. CALDWELL & SONS INC. VS ATLANTIS SEAFOOD LLC 15G04601** | **Small Claims** | **Alhambra Courthouse 150 West Commonwealth Alhambra, CA 91801** | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.8. | **Euler Hermes North America Insurance vs Atlantis Seafood, LLC 2:15-cv-5239 JFW-JC** | **Breach of Contract** | **United States District Court of CA 350 W. 1st Street Los Angeles, CA 90012** | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.9. | **Mitsui O.S.K. Lines, LTD vs. ATLANTIS SEAFOOD LLC 15-cv-08686-CBM_PJWx** | **Breach of Contract** | **United States District Court of CA 350 W 1st Street, Suite 4311 Los Angeles, CA 90012-4565** | ☐ Pending<br>☐ On appeal<br>☑ Concluded |

**8.  Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ☑ None

**Part 4:   Certain Gifts and Charitable Contributions**

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:   Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

   ☑ None

Debtor   **ATLANTIS SEAFOOD, LLC** _____   Case number *(if known)* **2:17-bk-10452-SK**

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
| --- | --- | --- | --- |

---

### Part 6:   Certain Payments or Transfers

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
| --- | --- | --- | --- |
| 11.1. **Law Offices of Michael Y. Lo**<br>**506 North Garfield Ave, Suite 280**<br>**Alhambra, CA 91801** | **Attorney Fees** | **12/30/2016** | **$7,500.00** |
| **Email or website address**<br>**bklolaw@gmail.com** | | | |
| **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
| --- | --- | --- | --- |

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
| --- | --- | --- | --- |

### Part 7:   Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy From-To |
| --- | --- |
| 14.1. **710 Epperson**<br>**Rowland Heights, CA 91748** | **4/15/2014-8/15/2015** |

---

Debtor   __ATLANTIS SEAFOOD, LLC__ _____   Case number (if known) __2:17-bk-10452-SK__

| Address | Dates of occupancy<br>From-To |
|---|---|
| 14.2.   **1301 Sunkist, Room 200**<br>**Anaheim, CA 92806** | **8/2015-11/2016** |

---

**Part 8:   Health Care Bankruptcies**

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■  No. Go to Part 9.
    ☐  Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

---

**Part 9:   Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■  No.
    ☐  Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ■  No. Go to Part 10.
    ☐  Yes. Does the debtor serve as plan administrator?

---

**Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **East West Bank**<br>**Headquarter Address**<br>**135 N. Los Robles Avenue,**<br>**7th Floor**<br>**Pasadena, CA 91101** | **XXXX-** | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **Harvest King took over this account and transitioned the accoutn over to a new account in its own name.** | **Unknown** |
| 18.2. | **Cathay Bank**<br>**Headquarter Address**<br>**9650 Flair Dr.**<br>**El Monte, CA 91731** | **XXXX-** | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **Harvest King took over this account and transitioned the accoutn over to a new account in its own name.** | **Unknown** |

---

19. **Safe deposit boxes**

Official Form 207                    Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    page 5

Debtor    **ATLANTIS SEAFOOD, LLC**                                    Case number *(if known)*  **2:17-bk-10452-SK**

---

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

### 20. Off-premises storage

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Storage Locker**<br>**3830 Santa Anita Blvd.**<br>**Lockers 288 & 289**<br>**El Monte, CA** | **Tom Jau**<br>**Keys turned over to trustee** | **Documents/records** | ☐ No<br>☑ Yes |

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

### 21. Property held for another

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

---

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

### 22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

☑ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

### 23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

### 24. Has the debtor notified any governmental unit of any release of hazardous material?

☑ No.
☐ Yes. Provide details below.

---

Debtor    **ATLANTIS SEAFOOD, LLC**                                    Case number *(if known)* **2:17-bk-10452-SK**

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☑ None

| Business name address | Describe the nature of the business | Employer Identification number
Do not include Social Security number or ITIN.

Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service
From-To |
|---|---|
| 26a.1. | **Hew Kwan, CPA
420 S. Monterey Street
Alhambra, CA 91801** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service
From-To |
|---|---|
| 26b.1. | **Hew Kwan, CPA
420 S. Monterey Street
Alhambra, CA 91801** | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. | **Storage Locker
3830 Santa Anita Blvd.
Lockers 288 & 289
El Monte, CA** | **Keys given to trustee** |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. | **None** |

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

Debtor  **ATLANTIS SEAFOOD, LLC**                                    Case number (if known)  **2:17-bk-10452-SK**

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Kingsmart Trading USA** | **10501 Valley Blvd. Suite 1820 El Monte, CA 91731** | **Shareholder** | **100%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **FENG XIANG ZHAO (TOM JAU)** | **10501 Valley Blvd. #1820 El Monte, CA 91731** | **COO** | **0%** |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No
☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Ning Li (Rick Li)** | **10501 Valley Blvd. #1820 El Monte, CA 91731** | **CEO** | **6/2/2014-2016** |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **FENG XIANG ZHAO (TOM JAU)** | **10501 Valley Blvd. #1820 El Monte, CA 91731** | **COO** | **6/2/2014- 2016** |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Rick Li 1113 E. Grand Avenue, #A Pomona, CA 91766** | **$10,000 per month** | | **Salary payment** |
| | Relationship to debtor **Previous CEO** | | | |
| 30.2. | **Tom Jau 10501 Valley Blvd. #1820 El Monte, CA 91731** | **$8,000 per month** | | **Salary payment** |
| | Relationship to debtor **COO** | | | |

31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

Debtor    **ATLANTIS SEAFOOD, LLC**                                Case number *(if known)*  **2:17-bk-10452-SK**

---

☑ No
☐ Yes. Identify below.

**Name of the parent corporation**                                **Employer Identification number of the parent
                                                                  corporation**

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

**Name of the parent corporation**                                **Employer Identification number of the parent
                                                                  corporation**

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in
connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true
and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July 24, 2017**

_____        **FENG XIANG ZHAO**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **Chief Operating Officer**

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
☑ No
☐ Yes