Jason M. Rund
840 Apollo Street, Suite 351
El Segundo, CA  90245
Telephone: (310) 640-1200
Facsimile:  (310) 640-0200
Email:      trustee@srlawyers.com

Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>ATLANTIS SEAFOOD LLC,<br><br>Debtor. | Case No.: 2:17-bk-10452-SK<br><br>[Chapter 7]<br><br>NOTICE OF UNCLAIMED FUNDS PURSUANT TO FEDERAL RULES OF BANKRUPTCY PROCEDURE RULE 3011 |

Pursuant to Federal Rules of Bankruptcy Procedure rule 3011, the undersigned Trustee tenders check number 2029 in the amount of $505.75 together with Attachment A which sets forth all known names and addresses of the entities and the amounts which they are entitled to be paid from remaining property of the estate that is being paid into court pursuant to 11 U.S.C. §347(a).

Dated: October 23, 2019                    /s/ Jason M. Rund_____
                                                          Jason M. Rund

ATTACHMENT A - NOTICE OF UNCLAIMED FUNDS

| Entity Name | Amount Entitled |
|---|---|
| Top Trade LLC.<br>c/o David Prince, Esq.<br>1912 East Vernon Avenue, Suite 100<br>Los Angeles, CA 90058 | $288.68 |
| Mitsui O.S.K. Lines, Ltd<br>c/o Conte C. Cicala-Clyde & CO US LLP<br>101 2nd Street, 24th Floor<br>San Francisco, CA 94105 | $217.07 |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

840 Apollo Street, Suite 351, El Segundo, CA  90245

A true and correct copy of the foregoing document entitled Notice of Unclaimed Funds Pursuant to Federal Rules of Bankruptcy Procedure Rule 3011 will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document.  On October 23, 2019, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

United States Trustee (LA), ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL:**
On October 23, 2019, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Creditor: Top Trade LLC.,c/o David Prince, Esq.,1912 East Vernon Avenue, Suite 100, Los Angeles, CA 90058
Creditor: Mitsui O.S.K. Lines, Ltd, c/o Conte C. Cicala-Clyde & CO US LLP,101 2nd Street, 24th Floor,
     San Francisco, CA 94105

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served)**:**  Pursuant to F.R.Civ.P.5 and/or controlling LBR, on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| October 23, 2019 | Laura Gitnick | /s/ Laura Gitnick |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**